IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DAVID BRABHAM,

    Petitioner,

v.

TYDUS MEADOWS, Warden,

    Respondent.

CASE NO. CV405-171

## ORDER

After a <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 14th day of May, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Petitioner's Motion for Additional Time to file objections is **GRANTED**. (Doc. 22.) The Court has considered Petitioner's objections to the Report and Recommendation.